A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Dec 30, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Dec 12, 2008**

FILED
CLERK'S OFFICE

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION

MDL No. 1905

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-23)**

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 261 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 30, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION                                     MDL No. 1905

## SCHEDULE CTO-23 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-5189 | Arlene Dashute v. Medtronic, Inc.  08-6517 |
| CAN 3 08-5226 | Ted Hollen, et al. v. Medtronic, Inc. 08-6518 |
| **FLORIDA SOUTHERN** | |
| FLS 0 08-61920 | Maria Cardenas v. Medtronic, Inc. 08-6519 |
| **ILLINOIS NORTHERN** | |
| ILN 1 08-6612 | James P. Prewit v. Medtronic, Inc., et al. 08-6520 |
| **ILLINOIS SOUTHERN** | |
| ILS 3 08-836 | Mollie Knox, et al. v. Medtronic, Inc., et al. 08-6521 |
| **KENTUCKY EASTERN** | |
| KYE 2 08-191 | Donald Mossman v. Medtronic, Inc., et al. 08-6522 |
| **MARYLAND** | |
| MD 1 08-3131 | Jonathan Barnette, Sr. v. Medtronic, Inc., et al. 08-6523 |
| **MISSOURI EASTERN** | |
| MOE 1 08-170 | William Vermillion v. Medtronic, Inc., et al. 08-6524 |
| MOE 4 08-1816 | Michael Buford, et al. v. Medtronic, Inc., et al. 08-6525 |
| MOE 4 08-1849 | Kenneth Pfadenhauer v. Medtronic, Inc., et al. 08-6526 |
| **MISSOURI WESTERN** | |
| MOW 2 08-4288 | Michael Hawks, et al. v. Medtronic, Inc., et al. 08-6527 |
| MOW 3 08-5120 | Roger Barker, et al. v. Medtronic, Inc., et al. 08-6528 |
| MOW 4 08-895 | Rick Atkins, et al. v. Medtronic, Inc., et al. 08-6529 |
| **MISSISSIPPI NORTHERN** | |
| MSN 2 08-222 | Alma Leoppard, et al. v. Medtronic, Inc., et al. 08-6530 |

## MDL No. 1905 - Schedule CTO-23 Tag Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**

NORTH CAROLINA EASTERN
  NCE  4  08-193           Robert Owens v. Medtronic, Inc., et al.  08-6531

NORTH CAROLINA MIDDLE
  NCM  1  08-846           Michael Ryan v. Medtronic, Inc., et al.  08-6532

NEW JERSEY
  NJ   1  08-5782          Janice Lynn Kubeck, et al. v. Medtronic, Inc., et al.  08-6533

NEW YORK EASTERN
  NYE  1  08-4142          Thomas Holder, et al. v. Medtronic, Inc., et al.  08-6534

OHIO NORTHERN
  OHN  1  08-2682          Carol Packard, etc. v. Medtronic, Inc., et al.  08-6535
  OHN  1  08-2684          Doris Saylor, etc. v. Medtronic, Inc., et al.  08-6536

OKLAHOMA NORTHERN
  ~~OKN  4  08-703~~       ~~Mark R. Helterbrand, etc. v. Medtronic, Inc.~~  Opposed 12/30/08

PENNSYLVANIA WESTERN
  PAW  2  08-1608          Lucille A. Richardson v. Medtronic, Inc.  08-6537

TENNESSEE WESTERN
  TNW  1  08-1246          Mary Dickerson, etc. v. Medtronic, Inc., et al.  08-6539
  TNW  1  08-1247          Glenn Joseph Hindman, Jr., et al. v. Medtronic, Inc., et al.  08-6540
  TNW  2  08-2688          Mary Canale v. Medtronic, Inc., et al.  08-6541
  TNW  2  08-2809          Reggie Dewayne Harmon, et al. v. Medtronic, Inc.  08-6542

TEXAS EASTERN
  TXE  1  08-691           Bobby Rogers v. Medtronic, Inc., et al.  08-6543
  TXE  1  08-692           Raymond Stout v. Medtronic, Inc., et al.  08-6544
  TXE  1  08-704           Elijah Taylor v. Medtronic, Inc., et al.  08-6545
  TXE  1  08-707           Carlton Veltz v. Medtronic, Inc., et al.  08-6546
  TXE  1  08-708           Leland Sonier v. Medtronic, Inc., et al.  08-6547
  TXE  1  08-709           William Paul Baker v. Medtronic, Inc., et al.  08-6548
  TXE  1  08-711           Ronald Washington v. Medtronic, Inc., et al.  08-6549
  TXE  1  08-712           Doyle Smith v. Medtronic, Inc., et al.  08-6550

TEXAS SOUTHERN
  TXS  4  08-3066          Dianne J. Skoczylas, etc. v. Medtronic, Inc., et al.  08-6551
  TXS  4  08-3356          Bonnie M. Hurst, etc. v. Medtronic, Inc., et al.  08-6552